CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
June 24, 2026
LAURA A. AUSTIN, CLERK
BY:  s/ D. AUDIA
        DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### (Charlottesville Division)

| | |
|---|---|
| ZAHRIYAH WILSON, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) **Civil Action No: 3:25-cv-00078** |
| v. | ) **(JHY/JCH)** |
| | ) |
| CDGMS, LLC d/b/a | ) |
| NEWCASTLE MANAGEMENT GROUP, | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

### ORDER

UPON CONSIDERATION of Plaintiff Zahriyah Wilson ("Plaintiff") and Defendant CDGMS, LLC, d/b/a Newcastle Management Group ("Defendant")'s (together, the "Parties") Joint Motion for Extension of Time to Extend Certain Deadlines (the "Joint Motion"), and for good cause shown pursuant to FED. R. CIV. P. 16(b), it is hereby

ORDERED that good cause exists and the Parties' Joint Motion is GRANTED pursuant to FED. R. CIV. P. 16(b); and it is further

ORDERED that the below-listed deadlines set forth in the Rule 16(B) Scheduling Order entered on April 7, 2026 in the above-captioned matter are accordingly modified and extended as follows:

| | Current Deadline | Proposed Deadline |
|---|---|---|
| **Plaintiff's Initial Expert Disclosure** | June 26, 2026 | July 10, 2026 |
| **Defendant's Initial Expert Disclosure** | July 24, 2026 | August 7, 2026 |
| **Midstream Status Report** | August 5, 2026 | August 19, 2026 |

1

SO ORDERED this 24th day of June, 2026.

Honorable Joel C. Hoppe
United States Magistrate Judge